IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FRANK RIVERA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 08-1023 |
| | ) | Judge McVerry |
| PENNSYLVANIA DEPARTMENT OF | ) | Magistrate Judge Bissoon |
| CORRECTIONS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM ORDER

This prisoner civil rights suit was commenced on July 21, 2008, with the filing of a petition to proceed *in forma pauperis*, and was referred to United States Magistrate Judge Francis X. Caiazza for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates. The matter was later referred to Magistrate Judge Cathy Bissoon.

The Magistrate Judge's Report and Recommendation, dated March 25, 2009, recommends that Plaintiff's Motion for Preliminary Injunction (Doc. 48) be denied. Plaintiff filed objections on May 7, 2009, restating arguments already made in support of his Motion for Preliminary Injunction, and adequately addressed in the Report.

After <u>de novo</u> review of the pleadings and documents in the case, together with the Reports and Recommendations and the objections thereto, the following order is entered:

AND NOW, this __20th__ day of __May__, 2009,

IT IS HEREBY ORDERED that Plaintiff's Motion for Preliminary Injunction (Doc. 48) is DENIED. The Magistrate Judge's Report and Recommendation (Doc. 66) is adopted as the Opinion of the Court.

s/Terrence F. McVerry
Terrence F. McVerry
U.S. District Court Judge

cc:
FRANK RIVERA
FK-9345
SCI Greene
175 Progress Drive
Waynesburg, PA 15370